Vahag Matevosian (State Bar No. 283710)
Email: consumerlitigationteam@kaass.com

**KAASS LAW**
313 East Broadway #944
Glendale, California, 91209
Telephone: 310.943.1171

Attorney for Plaintiff
MADLENA TATARYAN

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADLENA TATARYAN, an individual,<br>      Plaintiff,<br>  vs.<br>CHASE BANK (USA) N.A., a National Association, *et al.*<br>      Defendants. | **Case No.: 2:12-cv-08788-BRO-(MRWx)**<br><br>ORDER GRANTING THE JOINT STIPULATION TO DISMISS THE ACTION AS TO DEFENDANT MIDLAND FUNDING LLC |

Based on the JOINT STIPULATION TO DISMISS by Plaintiff MADLENA TATARYAN and Defendant MIDLAND FUNDING LLC, the above-captioned action is hereby dismissed as to Defendant MIDLAND FUNDING LLC with prejudice.

Each side shall bear its own costs and fees.

**IT IS SO ORDERED.**

Dated: August 26, 2013

_____
HON. BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE